UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PAMELA ASHLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:05-CV-01086-DW |
| ) | |
| CENTOCOR INC., and JOHNSON & ) | |
| JOHNSON, INC., and ORTHO-MCNEIL ) | |
| PHARMACEUTICALS, INC. and ) | |
| MID-AMERICA RHEUMATOLOGY ) | |
| CONSULTANTS, and P.C., ) | |
| a/k/a MID-AMERICA ) | |
| RHEUMATOLOGY CONSULTANTS, P.A. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS
CO-COUNSEL FOR PLAINTIFFS**

Kirk R. Presley of the law firm of Monsees, Miller, Mayer, Presley & Amick, P.C., moves the court pursuant to Supreme Court Rule 4 for leave to withdraw his appearance as co-counsel for Plaintiffs. In support hereof, movant state as follows:

1. Plaintiffs filed their Petition on August 26, 2005 in Jackson County, Missouri.

2. Plaintiffs received notice of Removal of Action to Western District of Missouri on November 2, 2005.

3. Attorney Kirk Presley of the law firm of Monsees, Miller, Mayer, Presley & Amick filed motion to allow Aaron Dickey to appear pro hac vice and approved by court on December 5, 2005.

4. On March 3, 2006 Attorney Aaron K. Dickey was sworn into the Western District of Missouri. Attorney Kirk Presley now desired to withdraw as co-counsel in the above-captioned case.

WHEREFORE, movant prays for leave to withdraw his appearance as co-counsel for Plaintiffs.

MONSEES, MILER, MAYER, PRESLEY & AMICK


  /s/ Kirk K. Presley_____

Kirk K. Presley, #31185
kpresley@mmmpalaw.com
4717 Grand Avenue, Suite 820
Kansas City, MO 64112-2207
(816) 361-5550
Fax: (816) 361-5577
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed with the United States District Court, Western District of Missouri, and that copies were sent electronically on the 13th day of March, 2006 to:

| | |
|---|---|
| Aaron K. Dickey | Christopher Hohn |
| Goldenberg, Miller, Heller & Antognoli, P.C. | Thompson & Coburn, LLP |
| 701 Market Street, Suite 1375 | One US Bank Plaza |
| St. Louis, MO 63101 | St. Louis, MO 63101-1693 |
| Attorney for Plaintiff | Attorneys for Centocor, Johnson |
| | & Johnson, Ortho-McNeil |
| | Pharmaceutical |

  /s/ Kirk R. Presley_____

2