UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PAMELA ASHLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:05-CV-01086-DW |
| | ) |
| CENTOCOR INC., and JOHNSON & | ) |
| JOHNSON, INC., and ORTHO-MCNEIL | ) |
| PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## CONSENT VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff by her attorneys and dismisses her claims against Defendants, Centocor Inc., Johnson & Johnson and Ortho-McNeil Pharmaceuticals, Inc., without prejudice. Plaintiffs have obtained consent for Voluntary Dismissal from counsel for Defendants, Centocor Inc., Johnson & Johnson and Ortho-McNeil Pharmaceuticals, Inc.

Defendants have consented and will not be prejudiced by the dismissal without prejudice.

Respectfully submitted,

GOLDENBERG HELLER ANTOGNOLI
ROWLAND SHORT & GORI, P.C.

By : s/ Aaron K. Dickey
Aaron K. Dickey         #50042
701 Market Street, Suite 1240
P.O. Box 959
St. Louis, MO 63101
Phone: 314-241-6566; Fax: 314-241-6230
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of November, 2006, a copy of the foregoing was served via electronically mail to the following counsels of record:

Christopher Hohn; chohn@thompsoncoburn.com
Karen Brooks; klbrooks@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693
Defendants for : Centocor Inc., Johnson & Johnson and Ortho-McNeil Pharmaceuticals, Inc.

/s/ Aaron K. Dickey