IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA ASHLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-1086-CV-W-DW |
| | ) | |
| CENTOCOR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is Plaintiffs' consent voluntary dismissal without prejudice (Doc. 31). See Fed. R. Civ. P. 41(a)(2). The motion states that all parties consent. Therefore, the Court ORDERS that this case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court shall mark this case as closed.

SO ORDERED.

        /s/ DEAN WHIPPLE
        Dean Whipple
        United States District Judge

Date: December 5, 2006